UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DONNA PATTS, | * | |
| Plaintiff | * | CIVIL ACTION |
| v. | * | DOCKET NO.: |
| SHAW'S SUPERMARKET, INC., | * | |
| Defendant | * | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes Plaintiff Donna Patts, by and through undersigned counsel, and avers as follows:

### Parties

1. Plaintiff Donna Patts ("Donna") is a resident of Scarborough, County of Cumberland, State of Maine.

2. Defendant Shaw's Supermarket, Inc. ("Shaw's") is a corporation with its principal place of business in West Bridgewater, Massachusetts. Shaw's owns and operates supermarkets around New England, including in Maine.

### Jurisdiction and Venue

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because: (a) there is complete diversity of citizenship between Plaintiff and Defendant and (b) the amount in controversy exceeds $75,000.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391, because the actions complained about herein occurred in the State of Maine and Plaintiff resides in the State of Maine.

## Facts

5. Shaw's owns and operates a supermarket store at 417 Payne Road, Scarborough, Maine ("the Scarborough Shaw's").

6. On or about March 13, 2021, Donna travelled to the Scarborough Shaw's to do some grocery shopping.

7. She entered the Scarborough Shaw's through an automatic door.

8. As she was walking through the door, it closed on Donna, striking her on the head.

## Count I - Negligence

9. Plaintiff realleges the preceding allegations as if set forth fully herein.

10. As the proprietor of a supermarket, Defendant owed a duty to exercise reasonable care to provide a reasonably safe premises to its customers.

11. Defendant breached its duty by, among other things:

    a. failing to adequately inspect its automatic doors;

    b. failing to adequately maintain its automatic doors;

    c. failing to take reasonable actions to protect Plaintiff, its other customers, and its employees, from known dangers and dangers it should reasonably have anticipated.

12. As a direct and proximate result of Defendant's breach, Plaintiff suffered injuries and losses including, but not limited to, physical injuries; permanent impairment; emotional distress; medical and life care expenses; pain and suffering; and lost enjoyment of life.

WHEREFORE, Plaintiff seeks judgment against Defendant for compensatory damages, interest, costs, attorney fees and such other and further relief as this Court deems just and appropriate.

## **Demand for Jury Trial**

Plaintiff hereby requests that his claim be tried by a jury.

Date: December 9, 2021

*/s/* Meryl E. Poulin
Meryl E. Poulin, Esq.
Maine Bar No.: 5960

/s/ Taylor A. Asen, Esq.
Taylor A. Asen, Esq.
Maine Bar No.: 5832

Gideon Asen LLC
19 Yarmouth Drive, Suite 203
New Gloucester, ME  04260
Attorneys for Plaintiff
Service@gideonasenlaw.com
